1

2

3

4

5

6

7

8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10   ISSAC DAWSON,

11          Plaintiff,                    No. CIV S-12-1134 DAD P

12      vs.

13   ARTUERO REYES,

14          Defendant.              <u>ORDER</u>

15   _____/

16          Plaintiff, a county jail inmate proceeding pro se, has filed a civil rights action

17   pursuant to 42 U.S.C. § 1983.  Plaintiff has not paid the required filing fee of $350.00 or filed an

18   application to proceed in forma pauperis.  <u>See</u> 28 U.S.C. §§ 1914(a) & 1915(a).  Plaintiff will be

19   granted thirty days to pay the filing fee in full or submit a properly completed application to

20   proceed in forma pauperis.

21          Plaintiff is cautioned that the in forma pauperis application form includes a

22   section that must be completed by a prison official, and the form must be accompanied by a

23   certified copy of plaintiff's trust account statement for the six-month period immediately

24   preceding the filing of this action.

25   /////

26   /////

1

1          Accordingly, IT IS HEREBY ORDERED that:

2          1.  Plaintiff shall submit, within thirty days from the date of this order, either the

3 $350.00 filing fee or a properly completed application to proceed in forma pauperis on the form

4 provided with this order; plaintiff is cautioned that failure to comply with this order or seek an

5 extension of time to do so will result in a dismissal of this action without prejudice; and

6          2.  The Clerk of the Court is directed to send plaintiff an Application to Proceed

7 In Forma Pauperis By a Prisoner for use in a civil rights action.

8 DATED: May 23, 2012.

9

10                                    _Dale A. Drozd_

11                              DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

12 DAD:9:md
daws1134.3a

13

14

15

16

17

18

19

20

21

22

23

24

25

26