IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ISSAC DAWSON,

    Plaintiff,                     No. 2:12-cv-01134-DAD P

    vs.

ARTUERO REYES,

    Defendant.                  ORDER

                                 /

        On November 2, 2012, plaintiff filed a letter with the court requesting the status of his case and asking that his case be reopen if it had been closed. On July 5, 2012, the court issued an order dismissing this action due to plaintiff's failure to state a claim on which relief may be granted.[1] (See Dkt. No. 6.) Therefore, the court will not reopen this case. Plaintiff is advised that documents filed by him since the date this case was closed will be disregarded and no orders will issue in response to future filings in this action.

DATED: December 10, 2012.

                                                        DALE A. DROZD
                                                        UNITED STATES MAGISTRATE JUDGE

DAD:4
daw11334.58

---

[1] In that order, plaintiff was advised that defendant attorney Reyes was not a "state actor" and therefore was not a proper defendant in a civil rights action brought pursuant to 42 U.S.C. § 1983. (Dkt. No. 6 at 3-4.)

1